ACCEPTED
05-18-00207-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 2:48 PM
LISA MATZ
CLERK

No. 05-18-00207-CV

**IN THE COURT OF APPEALS**
**FOR THE FIFTH JUDICIAL DISTRICT OF TEXAS**
**AT DALLAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 2:48:04 PM
LISA MATZ
Clerk

JACQUELINE LOVELACE

*Plaintiff-Appellant*

v.

DALLAS INDEPENDENT SCHOOL DISTRICT

*Defendant-Appellee*

On appeal from the 298th Judicial District Court of Dallas County, Texas
Cause Number DC-15-05007, The Honorable Emily G. Tobolowsky, Presiding

**APPELLEE DALLAS INDEPENDENT SCHOOL DISTRICT'S AGREED**
**MOTION TO EXTEND TIME TO FILE ITS APPELLEE'S BRIEF**

TO THE HONORABLE JUSTICES OF THE FIFTH COURT OF APPEALS:

COMES NOW, Dallas Independent School District ("Dallas ISD" or the "District"), Appellee in the above-referenced matter, and, with the consent of Appellant Jacqueline Lovelace ("Lovelace"), files its Agreed Motion to Extend Time for Filing Its Appellee's Brief. In support, Dallas ISD would respectfully show as follows:

1. This appeal involves review of the district court's order granting Dallas ISD's Plea to the Jurisdiction and dismissing Appellant Jacqueline

Lovelace's Texas Labor Code § 21.055 claim that Dallas ISD terminated her employment in retaliation for her engagement in protected activity.

2.   Lovelace filed her Appellant's Brief on May 15, 2018.

3.   Under Texas Rule of Appellate Procedure 38.6(b), Dallas ISD's Appellee's Brief is due June 14, 2018, thirty (30) days after Lovelace's brief was filed.

4.   Due to their existing case docket, and scheduling and discovery deadlines set in pending state and federal district court and administrative matters, Dallas ISD's counsel, Carlos G. Lopez, Kathryn E. Long, and Oleg V. Nudelman do not have adequate time to prepare Appellee's Brief by June 14, 2018. For this reason, Dallas ISD seeks a nineteen (19) day extension to July 3, 2018 to file its Appellee's Brief. Counsel for Lovelace agrees to the requested extension.

5.   Specifically, Dallas ISD's counsel have deadlines to file pleadings in two matters pending before the United States District Court for the Northern District of Texas, on June 5, 2018 and June 12, 2018, respectively. Further, in another pending Federal District Court matter, the District's counsel have the previously-scheduled deposition of the plaintiff on June 8, 2018, and upcoming pre-mediation filing deadlines.

6.   Additionally, Dallas ISD's counsel are representing the District in a number of administrative appeals of the proposed non-renewals of District

teachers' employment contracts. Under the Texas Education Code, these administrative appeals must be conducted on an accelerated schedule. Dallas ISD's counsel currently have ongoing discovery obligations in these accelerated proceedings.

7.    On June 4, 2018, Dallas ISD's counsel communicated with counsel for Lovelace, Brian P. Sanford, regarding this Motion. In a June 4, 2018 email, Mr. Sanford stated that he would consent to the relief requested in this Motion.

8.    This is Dallas ISD's first request for an extension of time to file its Appellee's Brief in this appeal. Dallas ISD does not seek this extension for purposes of delay, but so that justice may be done.

9.    For the foregoing reasons, and in accordance with Rules 38.6(d) and 10.5(b) of the Texas Rules of Appellate Procedure, Dallas ISD hereby requests that the Court of Appeals enter an order extending the time for the filing of the Appellee's Brief for a period of nineteen (19) days, until July 3, 2018.

WHEREFORE, PREMISES CONSIDERED, Appellee Dallas Independent School District requests that this Honorable Court of Appeals grant its Agreed Motion to Extend Time to File its Appellee's Brief, due on June 14, 2018, by nineteen (19) days to July 3, 2018, and for such other and further relief to which Appellee may show itself to be justly entitled.

Respectfully submitted,

/s/ Oleg V. Nudelman
CARLOS G. LOPEZ
clopez@thompsonhorton.com
State Bar No. 12562953

KATHRYN E. LONG
klong@thompsonhorton.com
State Bar No. 24041679

OLEG V. NUDELMAN
onudelman@thompsonhorton.com
State Bar No. 24099473

**THOMPSON & HORTON LLP**
Ross Tower
500 North Akard Street, Suite 2550
Dallas, Texas 75201
(972) 853-5115 – Telephone
(972) 692-8334 – Facsimile

*Attorneys for Appellee*
*Dallas Independent School District*

## CERTIFICATE OF CONFERENCE

I, the undersigned attorney, hereby certify to the Court that I conferred with counsel for Appellant Jacqueline Lovelace regarding this Motion on June 4, 2018, and Appellant's counsel has indicated that he consents to the requested nineteen (19) day extension.

*/s/ Oleg V. Nudelman*
OLEG V. NUDELMAN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion has been served upon Appellant's counsel of record, listed below, in accordance with the Texas Rules of Appellate Procedure on this 4th day of June, 2018.

Brian P. Sanford
David B. Norris
THE SANFORD FIRM
1910 Pacific Ave., Suite 15400
Dallas, Texas 75201
bsanford@sanfordfirm.com
dnorris@sanfordfirm.com

*/s/ Oleg V. Nudelman*
OLEG V. NUDELMAN